IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTLAND BARGE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRECON MARINE, INC. EAST COAST BARGE AND BOAT, INC. and TEXAS INTERNATIONAL TERMINALS, LTD.,<br><br>Defendants. | Case No. 20-CV-573-SPM |

# JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Rule 41(a)(1)(A)(ii);

**IT IS ORDERED AND ADJUDGED** that Plaintiff Heartland Barge Management LLC's Complaint against Defendants Precon Marine, Inc., East Coast Barge and Boat, Inc., and Texas International Terminals, Ltd. is **DISMISSED with prejudice**, each party to bear own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

**DATED: April 16, 2021**

*s/Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**United States District Judge**
